**SO ORDERED.**

**SIGNED this 20 day of November, 2019.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:

| | |
|---|---|
| CYNTHIA ELOIS CHAMBLEE<br>817 MEADOW ROAD<br>COLERAIN, NC 27924<br>DEBTOR | CASE NO: 19-02751-5-JNC<br>CHAPTER 13 |

## CONSENT ORDER

THIS CAUSE coming on to be heard upon the Trustee's Motion to Dismiss and the Debtor's response thereto.

AND IT APPEARING TO THE COURT that the Debtor and the Chapter 13 Trustee have consented to resolve this matter and request the entry of this Consent Order based upon the following:

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtor will resume regular payments of $1,215.00 each month beginning December 2019. Debtor will make additional payments of $540.00 each month for nine (9) months to bring the plan current beginning December 2019. In the event the Debtor fails to make any payment due within thirty (30) days of the due date, for a period of nine (9) months, this case will be dismissed without further notice or hearing.

CONSENTED TO:

s/Joseph A. Bledsoe, III
JOSEPH A. BLEDSOE, III
CHAPTER 13 TRUSTEE

_____
EDWIN M. HARDY
ATTORNEY FOR DEBTOR

"End of Document"